In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00427-CR
_____

**MARK DAVID HORAK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 15-08-08449-CR**

**MEMORANDUM OPINION**

Mark David Horak has filed a motion to dismiss his appeal. *See* Tex. R. App.

P. 42.2(a). A request to dismiss the appeal is signed by the appellant personally and

joined by counsel of record. No opinion has issued in this appeal. The motion is

granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on December 5, 2017
Opinion Delivered December 6, 2017
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.